OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 26, 2014

**Kelly E. Farnan**
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

      RE: Endo Pharmaceuticals Inc. et al v. Twi Pharmaceuticals Inc. et al
      Civ No: 12-848 GMS

Dear Counsel:

    Pursuant to the Standing Order dated January 8, 2013, the following sealed document(s) are herewith being returned to you:

    D.I # 19, 20, 28

A copy of the signed acknowledgment has been attached for your records.

                            John A. Cerino, Clerk

                            By: _____

I hereby acknowledge receipt of the above mentioned documents on  06/26/14

                            Signature: _____